In the Matter of the Claim of Louise Thomas, Appellant, against Barone Realty Corporation and Hartford Accident and Indemnity Company, Respondents. State Industrial Board, Respondent.— Claimant has appealed from a decision of the State Industrial Board disallowing a claim on the ground that the accident did not arise out of and in the course of her employment. Claimant was employed as a caretaker in an apartment house in the borough of Manhattan. It is her claim that on the 30th day of January, 1937, she sustained injuries by falling out of a window. There were three trials before the same referee. The referee found that the testimony of claimant was incredible and likewise the testimony of her witnesses. On review of the case the State Industrial Board dismissed the claim. The evidence sustains the determination. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Maurice Holzman, Appellant, against Gottfried Baking Co., Inc., Employer, and Bakers Mutual Insurance Company of N. Y., Insurance Carrier, Respondents. State Industrial Board, Respondent.— Appeal from a decision of the State Industrial Board, which denied claimant's application for additional compensation. Claimant, while employed on a bakery route, was attacked by a thief and injured as the result of an assault. He made no claim at the time for any injury to his spine, nor did his attending physician note any such injury. The appeal herein is based on the alleged ground that the award was inadequate in that it did not include additional compensation for a spinal injury. Claimant was awarded partial temporary disability January 18, 1936, and later a scheduled loss award of ten per cent loss of use of his right arm. The decision of the Board disallowing his claim for additional compensation was based on the ground that any disability resulting from a spinal condition was in no way related to or caused by the accident. The record reveals only a question of fact on this issue. There was medical testimony to the effect that claimant was suffering from a generalized osteoarthritis of the hips and cervical spine; that such condition was of long standing, antedating the accident and was not aggravated thereby. There was also some opinion evidence to the contrary. The issue was plainly a question of fact and there is substantial evidence to sustain the findings of the Board. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.